UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN HERSMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26 CV 188 CDP |
| | ) | |
| FRANK BISIGNANO, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is on appeal from an adverse ruling of the Social Security Administration. Presently pending before the Court is defendant's Motion to Reverse and Remand.

On April 8, 2026, defendant filed a certified copy of the administrative transcript, which is deemed by the Court to be his answer to plaintiff's complaint. In his Motion to Reverse and Remand, defendant requests that I reverse the decision of the administrative law judge and remand the case to the Social Security Administration for further proceedings under sentence four of 42 U.S.C. § 405(g). Citing *Buckner v. Apfel*, 213 F.3d 1006, 1011 (8th Cir. 2000), defendant contends that such remand is appropriate when, as here, the Commissioner's denial of benefits was improper. Defendant avers that the Social Security Administration will provide an additional hearing to plaintiff upon remand and issue a new

decision on her claims for disability insurance benefits and supplemental security income. Plaintiff has not responded to defendant's motion and the time to do so has passed.

My review of the motion shows it to be well taken.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's Motion to Reverse and Remand [13] is **GRANTED**.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **REVERSED**, and this matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration of plaintiff's claims.

A separate Judgment is entered herewith.

Catherine D Perry

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 17th day of August, 2026.